

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00263-CV

**IN THE INTEREST OF X.E.R., A CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02538
Honorable Laura Salinas, Judge Presiding

# O R D E R

    Appellant has filed a motion requesting access to the sealed clerk's record and an extension of time to file his brief. Appellant's request to access the sealed record is GRANTED. Appellant's attorney may appear and review the sealed record at the court. Appellant's brief is due twenty days from the date of this order. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs. In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court